UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TEMPLE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>   Defendants. | Case No. 15-cv-01330 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 6, 9 |

Defendants Select Portfolio Servicing, Inc. and Bank of America, N.A. filed motions to dismiss plaintiffs' complaint on March 27, 2015 and March 30, 2015, respectively. Plaintiffs' opposition was due within two weeks of each motion. Plaintiffs have not responded. Therefore, the Court orders the plaintiffs to file an opposition or a statement of non-opposition by April 27, 2015, otherwise, the Court will dismiss the suit for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 15-cv-01330-NC