UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TEMPLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Case No.15-cv-01330-NC<br><br>**TENTATIVE RULING ON MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 43, 45 |

The Court has reviewed the defendants' motions to dismiss and tentatively finds that the facts alleged in the first amended complaint, Dkt. No. 32, are not sufficient to state a claim under Federal Rules of Civil Procedure 9(b) and 12(b)(6) on all causes of action. The Court already addressed the causes of action in dismissing the original complaint and now notes that very few additional facts were added to the first amended complaint. *See* Dkt. No. 26.  Therefore, at the hearing, the plaintiffs should be prepared to proffer additional facts to demonstrate that amendment would not be futile.  Specifically, plaintiffs should be prepared to address with specificity, what other options did the Temples forgo in reliance on defendants' promises to review the Temples' loan modification application. Additionally, the first amended complaint states that defendants will move forward with a foreclosure sale on February 24, 2015.  Did the sale occur?

**IT IS SO ORDERED.**

Dated: October 5, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:15-cv-01330-NC